Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13764−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anne M Veit
    aka Anne Marie Veit
    100 Vanderbilt Avenue
    Woodbury Heights, NJ 08097

Social Security No.:
    xxx−xx−4332

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/8/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-13764-JNP
Anne M Veit                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                  Page 1 of 2
Date Rcvd: Sep 09, 2022           Form ID: 148             Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anne M Veit, 100 Vanderbilt Avenue, Woodbury Heights, NJ 08097-1224 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individu, c/o Celink, 101 West Louis Henna Blvd, Suite 450, Austin, TX 78728-1235 |
| 519577256 | | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519577257 | + | Finance of America Reverse, LLC, 8909 South Yale Avenue, Tulsa, OK 74137-3557 |
| 519577259 | | Inspira Medical Center, INC., PO BOX 981006, Dallas, TX 75265-0292 |
| 519577260 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519577261 | + | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519577262 | + | Premier Orthopedic Assoc, PO Box 784211, Philadelphia, PA 19178-4211 |
| 519577263 | | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519577264 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519577265 | + | Rancocas Anesthesiology, 201 Rt 17 North 8th Floor, Rutherford, NJ 07070-2597 |
| 519577268 | + | Virtual Radiologic Professionals, PO Box 88087, Chicago, IL 60680-1087 |
| 519661955 | + | Wilmington Savings Fund Society, FSB, c/o Compu-Link Corporation d/b/a Celink, Attn: Payment Processing, PO Box 40761, Lansing, MI 48901-7961 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519577254 | + | EDI: CAPITALONE.COM | Sep 10 2022 00:18:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519577255 | + | EDI: CITICORP.COM | Sep 10 2022 00:18:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519577258 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 09 2022 20:29:18 | HUD, 451 7th Street S.W., Washington, DC 20410-0002 |
| 519577261 | ^ | MEBN | Sep 09 2022 20:22:00 | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519577263 | ^ | MEBN | Sep 09 2022 20:22:03 | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519577264 | ^ | MEBN | Sep 09 2022 20:22:07 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519577266 | + | Email/Text: legal-dept@cooperhealth.edu | Sep 09 2022 20:27:00 | The Cooper Health System, 1 Cooper Plaza, Camden, NJ 08103-1489 |
| 519577267 | + | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | United States Attorneys Office, 970 Broad Street Room 700, Newark, NJ 07102-2527 |

| 519577269 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:30 | Wilmington Savings Fund Society, 55 Beattie Place Suite 110, Greenville, SC 29601-5115 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Anne M Veit jjresq@comcast.net jjrogers0507@gmail.com |
| Robert P. Saltzman | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6